In the Matter of the Claim of ANTONIA KAZIA, Respondent, against WOOD-CREST CONSTRUCTION Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to amend decision by adding a provision granting costs. Motion denied. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 282 App. Div. 580.]

■

In the Matter of ALBERT F. FORD et al., Copartners Doing Business as THE FORDS AND UNIVERSITY STUDIOS, Appellants. EDWARD CORSI, as Industrial Commissioner, Respondent.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 282 App. Div. 996.]

■

In the Matter of MILTON SCHMIDT, Appellant, against SPENCER E. BATES et al., Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 282 App. Div. 980.]

■

ALTHEA B. HOLLIDAY, as Administratrix of the Estate of FRANK HOLLIDAY, Deceased, Appellant, v. PAUL L. ROCKWELL et al., Respondents. ALTHEA B. HOLLIDAY, as Administratrix of the Estate of FRANK HOLLIDAY, Deceased, Appellant, v. EASTERN FREIGHT WAYS, INC., Respondent.— Motion for reargument denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 282 App. Div. 983.]

■

In the Matter of DONALD D. VOORHEES, Appellant, against SPENCER E. BATES et al., Constituting the State Tax Commission, Respondents.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 282 App. Div. 988.]

■

In the Matter of the Claim of FRANK GIOIA, Respondent, against A. J. COURT-MEL Co., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See ante, p. 40.]

■

JOSEPHINE D. LA BARR, Appellant-Respondent, v. MYRON C. LA BARR, Respondent-Appellant.— Application granted to the extent that the order entered on November 20, 1953, may be resettled and the appropriate findings passed upon, upon five days' notice. Application in all other respects denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 282 App. Div. 583; see post, p. 838.]